# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D22-2583
LT Case No. 2019-CF-004703-A

———————————————————

STATE OF FLORIDA,

 Appellant,

 v.

DARRYN ROBERT LAKE,

 Appellee.

———————————————————

On appeal from the Circuit Court for Marion County.
Peter M. Brigham, Judge.

Ashley Moody, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellant.

James Smith, Windermere, for Appellee.

January 2, 2024

PER CURIAM.

 AFFIRMED.

WALLIS, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____